COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




FIVE STAR DEVELOPMENT RESORT
COMMUNITIES, LLC, 


 Appellant,


v.


iSTAR FINANCIAL, INC., TROY D.
STEPHAN, AND STEVEN MAGEE, 


 Appellees.
§


 


§


 


§


 


§


 


§


 


 § 


 §


 §


 §



No. 08-11-00064-CV



Appeal from the


384th District Court


of El Paso County, Texas


(TC# 2009-4914)



MEMORANDUM OPINION


 Pending before the Court is Appellant's motion to dismiss for lack of jurisdiction. Appellant
points out that it is appealing an order dismissing its claims against three defendants, while its claims
against several remaining co-defendants have not been dismissed or severed. The motion is granted,
and this appeal is dismissed. Costs of appeal are assessed against Appellant. See Tex. R. App. P.
42.1(d).

 GUADALUPE RIVERA, Justice

June 15, 2011


Before Chew, C.J., McClure, and Rivera, JJ.